AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JENNIFER ANN FACTOR HARDT** | Case Number: **6:15MJ0013-001** |
| | Defendant's Attorney: Megan Hopkins, Appointed |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s)  Three and Four  of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.2 & CVC § 14601 (a) | Driving a Motor Vehicle While Driving Privilege is Revoked. | 04/19/2014 | Three |
| 36 CFR § 2.35 (b)(2) | Possession of Controlled Substance | 04/19/2014 | Four |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[✓] Count (s)  One and Two  are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.          [✓] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

7/21/2015
Date of Imposition of Judgment

*[signature]*

Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
7/22/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JENNIFER ANN FACTOR HARDT**  
CASE NUMBER: **6:15MJ0013-001**

Page 2 of 3

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
<u>Thirty Months to expire on January 22, 2018</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant shall pay a fine of $ 1,180.00 and a special assessment of $ 20.00 for a total financial obligation of $ 1200.00 , which shall be paid at the rate of $50.00 , per month commencing on October 15, 2015 , and each month thereafter by the 15th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

5. The Defendant is ordered to personally appear for a Probation Review Hearing on June 28, 2016 at 10:00 am before U.S. Magistrate Judge Seng.
6. Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. Defendant shall notify the court of any material change in Defendant's economic circumstances that might affect Defendant's ability to pay the full financial obligation.
7. The Defendant shall attend narcotics counseling counseling two times per week for six months of probation and then continue for at least one time per week for an additional six months and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.

AO 245B-CAED(Rev. 09/2011) Sheet 6 - Schedule of Payments

DEFENDANT: **JENNIFER ANN FACTOR HARDT**  Page 3 of 3
CASE NUMBER: **6:15MJ0013-001**

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A. [ ] Lump sum payment of $ ___ due immediately, balance due

- [ ] Not later than ___, or
- [ ] in accordance [ ] C, [ ] D, [ ] E, or [ ] F below; or

B. [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below); or

C. [✓] Payment in equal __MONTHLY__ (e.g. weekly, monthly, quarterly) installments of $ __50.00__ over a period of __30 months__ (e.g. months or years), to commence __10/15/2015__ (e.g. 30 or 60 days) after the date of this judgment; or

D. [ ] Payment in equal ___ (e.g. weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g. months or years), to commence ___ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ___ (e.g. 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [ ] Special instructions regarding the payment of crimimal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.